UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| ALLEN GRADY, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CR419-177 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

Movant Allen Grady moves under 28 U.S.C. § 2255 to vacate, set aside, or correct his federal sentence. Doc. 92. The Court **DIRECTS** the Government to respond within ninety days from the date of this Order, as qualified below. Rules 4(b), 5(a)-(b), Rules Governing Section 2255 Proceedings. This Court's Local Rules provide a fourteen-day period to file a reply to the Government's response. *See* S.D. Ga. L. Civ. R. 7.6. To avoid any confusion, however, Movant is specifically **DIRECTED** to file his reply to the Government's answer, motion, or other response no later

than fourteen days after the Government files its response. *Cf.* Rule 5(d), Rules Governing Section 2255 Proceedings.

Although the Court directs the Government to respond, that obligation must be modified to account for the current lapse in government operations. On October 1, 2025, federal funding for certain functions of the United States of America lapsed, and since that date no appropriation bill or continuing resolution has been passed that would restore funding to the impacted federal agencies. Therefore, on October 3, 2025, all of the active District Judges in this District entered an Administrative Order Staying Civil Proceedings in Light of Lapse of Appropriations. *See* 4:25-mc-1000, doc. 2. That Order stayed all civil cases pending in this District in which the United States, any of its federal agencies, or any of its officers and/or employees is a named party, until Congress has restored appropriations. Although this § 2255 proceeding is not formally "civil," and, therefore, not directly stayed by operation of the District Judges' Order, the Court finds that the reasons for that Order merit a stay of the Government's deadline to respond in this proceeding. *Cf. Brown v. United States*, 748 F.3d 1045, 1065 (11th Cir. 2014) ("[T]he overwhelming history of § 2255 indicates that motions

filed under that section could be considered civil in nature."). The deadline for the Government to respond to Grady's § 2255 Motion is, therefore, **STAYED** during the period of the lapse in appropriations.

Accordingly, all deadlines in this case are extended "for a period of time commensurate with the duration of the lapse in appropriations, plus an additional two business days, without further order of the Court." 4:25-mc-1000, doc. 2 at 3. The Clerk of Court is **DIRECTED** to enter a copy of the Administrative Order, 4:25-mc-1000, doc. 2, in this case.

**SO ORDERED,** this 20th day of October, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA